**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: SIGRIST, MICHAEL D § | Case No. 14-33467 |
| SIGRIST, PATRICIA M § | |
| § | |
| Debtor(s) § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 15, 2014. The undersigned trustee was appointed on September 15, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         30,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 15.37 |
| Bank service fees | 81.81 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 29,902.82 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/16/2015 and the deadline for filing governmental claims was 03/16/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,750.00, for a total compensation of $3,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/24/2016            By: /s/THOMAS E. SPRINGER, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# FORM 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-33467  
**Case Name:** SIGRIST, MICHAEL D  
SIGRIST, PATRICIA M  
**Period Ending:** 03/24/16  

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 09/15/14 (f)  
**§341(a) Meeting Date:** 10/20/14  
**Claims Bar Date:** 03/16/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 9 Rose Hill Court, Algonquin, IL 60102 - 3 bedro 2.5 bathrooms, single family attached townhome (legally the property is a condominium). | 195,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Petty cash | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with Home State Bank, account number xxxx9201, approximate balance of $3,000.00. This account is the name of Around the House Restore, LLC (Debtor is the sole member of this LLC). | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | One ordinary lot of misc. lot of used household goods and furnishings, used appliances, used tvs, etc. | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel of the Debtors | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Debtor's interest in Around the House Restore, L Debtor is sole member and only employee of this home repair and remodeling business. Value of the business's checking account and tools are provided for separately on this Schedule B | Unknown | 0.00 | | 0.00 | FA |
| 7 | Debtor's interest in O & S Investments, LLC. This business was set up to hold title to real estate. This company has no assets, employees and has never purchased or owned any real estate. There are 4 members in the LLC (all family members - Debtor and Joint Debtor, Debtor's daughter Carriann Overheidt and her husband Brian Overheidt) | Unknown | 0.00 | | 0.00 | FA |
| 8 | Debtor and Joint Debtor's 2013 income tax refund total federal and state refund of $3,834.00. However, the funds were never received by the Debtors - the funds were applied to pay a past due balance due on the Debtor's 2011 income tax return | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Debtors' claim and potential lawsuit against TradeKing, Neal Gerber Eisenberg, LLP, Phillip Steirn and numerous other unknown individuals. Debtors were defrauded out of $340,000 by various individuals posing as attorneys, investigators for the | 340,000.00 | 0.00 | OA | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-33467  
**Case Name:** SIGRIST, MICHAEL D  
                 SIGRIST, PATRICIA M  
**Period Ending:** 03/24/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 09/15/14 (f)  
**§341(a) Meeting Date:** 10/20/14  
**Claims Bar Date:** 03/16/15

| 1 Ref. # / Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| Securities and Exchange Commission (SEC), Federal Reserve, Internal Revenue Service and Federal Bureau of Investigation (FBI). Order entered 11/13/15 abandoning asset | | | | | |
| 10 — 1998 Chevy 2500 Conversion van approximately 118,000 miles | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 — Tools of the Debtor's business (Around the House Restore, LLC) | 4,000.00 | 0.00 | | 0.00 | FA |
| 12 — Possible fraudulent transfer (u) of the Debtor, Michael Sigrist's, 1/2 interest in real property located in Midway, Arkansas | 30,000.00 | 30,000.00 | | 30,000.00 | FA |
| 13 — 2006 Toyota Highlander (u) approximately 103,000 miles. Debtor (Michael Sigrist) is 1/2 owner of the property with his son, Paul M. Sigrist. Debtor's half interest is worth approximatley $3,250.00. Vehicle had a loan with Toyota Motor Credit with a balance of approximately $3,500.00 at the time of filing of the Debtor's bankruptcy case, but the Debtor's son-in-law had paid off the vehicle during the pendency of the Debtor's bankruptcy case.<br><br>Asset listed on Debtor's' Amended Schedule B | 3,250.00 | 0.00 | | 0.00 | FA |
| **13  Assets  Totals** (Excluding unknown values) | **$582,150.00** | **$30,000.00** | | **$30,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Trustee to review claims and file objections thereto if necessary.  Then Final Report to be filed.

**Initial Projected Date Of Final Report (TFR):**  September 30, 2017      **Current Projected Date Of Final Report (TFR):**  March 1, 2016  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-33467  
**Case Name:** SIGRIST, MICHAEL D  
SIGRIST, PATRICIA M  
**Taxpayer ID #:** **-***3130  
**Period Ending:** 03/24/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****986666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/15 | {12} | Thomas Sigrist | Settlement Pursuant to Order | 1241-000 | 30,000.00 | | 30,000.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.27 | 29,959.73 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.54 | 29,918.19 |
| 02/26/16 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #14-33467, Bond Premium | 2300-000 | | 15.37 | 29,902.82 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 30,000.00 | 97.18 | $29,902.82 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 30,000.00 | 97.18 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$30,000.00** | **$97.18** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****986666** | 30,000.00 | 97.18 | 29,902.82 |
| | $30,000.00 | $97.18 | $29,902.82 |

{} Asset reference(s)

Printed: 03/24/2016 11:18 AM V.13.25

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 16, 2015

**Case Number:** 14-33467  
**Debtor Name:** SIGRIST, MICHAEL D

Page: 1

**Date:** March 24, 2016  
**Time:** 11:18:02 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $3,750.00 | $0.00 | 3,750.00 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $8,354.00 | $0.00 | 8,354.00 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $146.88 | $0.00 | 146.88 |
| 1<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $3,285.08 | $0.00 | 3,285.08 |
| 2<br>610 | First National Bank of Omaha<br>1620 Dodge St.<br>Stop Code 3105<br>Omaha, NE 68197 | Unsecured | | $16,072.11 | $0.00 | 16,072.11 |
| 3<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $487.00 | $0.00 | 487.00 |
| **<< Totals >>** | | | | 32,095.07 | 0.00 | 32,095.07 |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 14-33467
Case Name: SIGRIST, MICHAEL D
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**     $     29,902.82

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $     0.00
Remaining balance:   $     29,902.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 3,750.00 | 0.00 | 3,750.00 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 8,354.00 | 0.00 | 8,354.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 146.88 | 0.00 | 146.88 |

Total to be paid for chapter 7 administration expenses:   $     12,250.88
Remaining balance:   $     17,651.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $     0.00
Remaining balance:   $     17,651.94

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 17,651.94 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,844.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 89.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 3,285.08 | 0.00 | 2,924.71 |
| 2 | First National Bank of Omaha | 16,072.11 | 0.00 | 14,309.02 |
| 3 | Capital Recovery V, LLC | 487.00 | 0.00 | 433.58 |

|  | Total to be paid for timely general unsecured claims: | $ | 17,667.31 |
|---|---|---|---|
|  | Remaining balance: | $ | -15.37 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | -15.37 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00

Remaining balance: $ -15.37

**UST Form 101-7-TFR (05/1/2011)**