# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: SIGRIST, MICHAEL D § | Case No. 14-33467 |
| SIGRIST, PATRICIA M § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 04/22/2016 in Courtroom 240, United States Courthouse,
Old Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed __/ /_____    By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SIGRIST, MICHAEL D § Case No. 14-33467
SIGRIST, PATRICIA M §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 30,000.00 |
| *and approved disbursements of* | $ 97.18 |
| *leaving a balance on hand of* [1] | $ 29,902.82 |
| **Balance on hand:** | $ 29,902.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 29,902.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 3,750.00 | 0.00 | 3,750.00 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 8,354.00 | 0.00 | 8,354.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 146.88 | 0.00 | 146.88 |

Total to be paid for chapter 7 administration expenses: $ 12,250.88
Remaining balance: $ 17,651.94

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 17,651.94 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 17,651.94 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,844.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 89.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 3,285.08 | 0.00 | 2,924.71 |
| 2 | First National Bank of Omaha | 16,072.11 | 0.00 | 14,309.02 |
| 3 | Capital Recovery V, LLC | 487.00 | 0.00 | 433.58 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 17,667.31 |
| Remaining balance: | $ | -15.37 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | -15.37 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | -15.37 |

Prepared By:  /s/THOMAS E. SPRINGER, TRUSTEE
                                    Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-33467-DRC
Michael D Sigrist                                                         Chapter 7
Patricia M Sigrist
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman              Page 1 of 2           Date Rcvd: Mar 29, 2016
                              Form ID: pdf006           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2016.
db/jdb         +Michael D Sigrist,    Patricia M Sigrist,   7790 Vida Avenue,
                 Village of Lakewood, IL 60014-6642
22387159       +Althetico Physical Therapy,    709 Enterprise Drive,   Oak Brook, IL 60523-8814
22387161       +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
22387163       +Comenity Bank/Carsons,    3100 Easton Square Pl,   Columbus, OH 43219-6232
22387165        First National Bank of Omaha,    P.O. Box 2818,   Omaha, NE 68103-2818
22786806       +First National Bank of Omaha,    1620 Dodge St.,   Stop Code 3105,   Omaha, NE 68197-0003
22387166       #Home Depot Credit Services,    Dept. 32-2138859487,   P.O. Box 183175,   Columbus, OH 43218-3175
22387167       +Langefeld, Czapla & Associates DDS,    4680 W. Algonquin Road,
                 Lake in the Hills, IL 60156-6722
22387168       +Neal Gerber Eisenberg LLC,    2 N. LaSalle Street,   Suite 1700,   Chicago, IL 60602-4000
22387169        Northwestern Medical Care Group,    26609 Network Place,   Chicago, IL 60673-1266
22387170        Northwestern Memorial Hospital,    P.O. Box 73690,   Chicago, IL 60673-7690
22387171       #+Paul M. Sigrist,   1300 Countryside,    Algonquin, IL 60102-4502
22387174        Performant Recovery, Inc.,    P.O. Box 9057,   Pleasanton, CA 94566-9057
22387175       +Phillip Steirn,   2 N. LaSalle Street,    Suite 1700,   Chicago, IL 60602-4000
22387178       +Toyota Motor Credit,    1111 W 22nd St Ste 420,   Oak Brook, IL 60523-1959
22387179       +U.S. Bank Home Mortgag,    3121 Michaelson Dr,   Irvine, CA 92612-7673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22387160       +E-mail/Text: g20956@att.com Mar 29 2016 23:35:01      AT & T Mobile,   P.O. Box 6428,
                 Carol Stream, IL 60197-6428
22959723        E-mail/PDF: rmscedi@recoverycorp.com Mar 29 2016 23:32:29       Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
22387164        E-mail/Text: mrdiscen@discover.com Mar 29 2016 23:34:38      Discover Financial Ser,
                 Po Box 30954,   Salt Lake City, UT 84130
22759630        E-mail/Text: bnc-quantum@quantum3group.com Mar 29 2016 23:34:46
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
22387176        E-mail/PDF: pa_dc_claims@navient.com Mar 29 2016 23:32:22       Sallie Mae,   P.O. Box 9635,
                 Wilkes Barre, PA 18773-9635
22387177       +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2016 23:32:21       Syncb/Home Design Sele,
                 Po Box 981439,   El Paso, TX 79998-1439
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Springer Brown, LLC
22387162*      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
22387172*      +Paul M. Sigrist,   1300 Countryside,    Algonquin, IL 60102-4502
22387173*      +Paul M. Sigrist,   1300 Countryside,    Algonquin, IL 60102-4502
                                                                                 TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2016                              Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2016 at the address(es) listed below:
          Arthur   Czaja    on behalf of Debtor 1 Michael D Sigrist arthur@czajalawoffices.com
          Arthur   Czaja    on behalf of Debtor 2 Patricia M Sigrist arthur@czajalawoffices.com
          Elizabeth A. Bates    on behalf of Trustee Thomas E Springer ebates@springerbrown.com,
           jkrafcisin@springerbrown.com;iprice@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

```
District/off: 0752-1           User: froman              Page 2 of 2         Date Rcvd: Mar 29, 2016
                               Form ID: pdf006           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Thomas E Springer   on behalf of Trustee Thomas E Springer tspringer@springerbrown.com, iprice@springerbrown.com
        Thomas E Springer   tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;IL85@ecfcbis.com;iprice@springerbrown.com

        TOTAL: 6