**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: SIGRIST, MICHAEL D | § Case No. 14-33467 |
| SIGRIST, PATRICIA M | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $552,150.00            Assets Exempt: $48,050.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,651.94     Claims Discharged
                                                 Without Payment: $2,192.25

Total Expenses of Administration: $12,348.06

---

   3)  Total gross receipts of $     30,000.00     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,348.06 | 12,348.06 | 12,348.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,500.00 | 19,844.19 | 19,844.19 | 17,651.94 |
| **TOTAL DISBURSEMENTS** | $16,500.00 | $32,192.25 | $32,192.25 | $30,000.00 |

4) This case was originally filed under Chapter 7 on September 15, 2014. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/17/2016          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible fraudulent transfer | 1241-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 3,750.00 | 3,750.00 | 3,750.00 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 8,354.00 | 8,354.00 | 8,354.00 |
| SPRINGER BROWN, LLC | 3120-000 | N/A | 146.88 | 146.88 | 146.88 |
| Rabobank, N.A. | 2600-000 | N/A | 40.27 | 40.27 | 40.27 |
| Rabobank, N.A. | 2600-000 | N/A | 41.54 | 41.54 | 41.54 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | |
|---|---|---|---|---|
| Arthur B. Levine Company | 2300-000 | N/A | 15.37 | 15.37 | 15.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,348.06 | $12,348.06 | $12,348.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 3,285.08 | 3,285.08 | 2,922.17 |
| 2 | First National Bank of Omaha | 7100-000 | 16,500.00 | 16,072.11 | 16,072.11 | 14,296.57 |
| 3 | Capital Recovery V, LLC | 7100-000 | N/A | 487.00 | 487.00 | 433.20 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $16,500.00 | $19,844.19 | $19,844.19 | $17,651.94 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-33467  
**Case Name:** SIGRIST, MICHAEL D  
SIGRIST, PATRICIA M  
**Period Ending:** 06/17/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 09/15/14 (f)  
**§341(a) Meeting Date:** 10/20/14  
**Claims Bar Date:** 03/16/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 9 Rose Hill Court, Algonquin, IL 60102 - 3 bedro 2.5 bathrooms, single family attached townhome (legally the property is a condominium). | 195,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Petty cash | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with Home State Bank, account number xxxx9201, approximate balance of $3,000.00.  This account is the name of Around the House Restore, LLC (Debtor is the sole member of this LLC). | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | One ordinary lot of misc. lot of used household goods and furnishings, used appliances, used tvs, etc. | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel of the Debtors | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Debtor's interest in Around the House Restore, L Debtor is sole member and only employee of this home repair and remodeling business.  Value of the business's checking account and tools are provided for separately on this Schedule B | Unknown | 0.00 | | 0.00 | FA |
| 7 | Debtor's interest in O & S Investments, LLC. This business was set up to hold title to real estate. This company has no assets, employees and has never purchased or owned any real estate.  There are 4 members in the LLC (all family members - Debtor and Joint Debtor, Debtor's daughter Carriann Overheidt and her husband Brian Overheidt) | Unknown | 0.00 | | 0.00 | FA |
| 8 | Debtor and Joint Debtor's 2013 income tax refund total federal and state refund of $3,834.00. However, the funds were never received by the Debtors - the funds were applied to pay a past due balance due on the Debtor's 2011 income tax return | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Debtors' claim and potential lawsuit against TradeKing, Neal Gerber Eisenberg, LLP, Phillip Steirn and numerous other unknown individuals. Debtors were defrauded out of $340,000 by various individuals posing as attorneys, investigators for the | 340,000.00 | 0.00 | OA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-33467  
**Case Name:** SIGRIST, MICHAEL D  
SIGRIST, PATRICIA M  
**Period Ending:** 06/17/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 09/15/14 (f)  
**§341(a) Meeting Date:** 10/20/14  
**Claims Bar Date:** 03/16/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Securities and Exchange Commission (SEC), Federal Reserve, Internal Revenue Service and Federal Bureau of Investigation (FBI). Order entered 11/13/15 abandoning asset | | | | | |
| 10  1998 Chevy 2500 Conversion van approximately 118,000 miles | 3,000.00 | 0.00 | | 0.00 | FA |
| 11  Tools of the Debtor's business (Around the House Restore, LLC) | 4,000.00 | 0.00 | | 0.00 | FA |
| 12  Possible fraudulent transfer (u) of the Debtor, Michael Sigrist's, 1/2 interest in real property located in Midway, Arkansas | 30,000.00 | 30,000.00 | | 30,000.00 | FA |
| 13  2006 Toyota Highlander (u) approximately 103,000 miles. Debtor (Michael Sigrist) is 1/2 owner of the property with his son, Paul M. Sigrist. Debtor's half interest is worth approximatley $3,250.00. Vehicle had a loan with Toyota Motor Credit with a balance of approximately $3,500.00 at the time of filing of the Debtor's bankruptcy case, but the Debtor's son-in-law had paid off the vehicle during the pendency of the Debtor's bankruptcy case.<br><br>Asset listed on Debtor's' Amended Schedule B | 3,250.00 | 0.00 | | 0.00 | FA |
| 13  Assets  Totals (Excluding unknown values) | **$582,150.00** | **$30,000.00** | | **$30,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee to review claims and file objections thereto if necessary. Then Final Report to be filed.

**Initial Projected Date Of Final Report (TFR):**   September 30, 2017   **Current Projected Date Of Final Report (TFR):**   March 1, 2016  (Actual)

Printed: 06/17/2016 11:48 AM    V.13.25

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-33467
**Case Name:** SIGRIST, MICHAEL D
SIGRIST, PATRICIA M
**Taxpayer ID #:** **-***3130
**Period Ending:** 06/17/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)
**Bank Name:** Rabobank, N.A.
**Account:** ****986666 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/15 | {12} | Thomas Sigrist | Settlement Pursuant to Order | 1241-000 | 30,000.00 | | 30,000.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.27 | 29,959.73 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.54 | 29,918.19 |
| 02/26/16 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #14-33467, Bond Premium | 2300-000 | | 15.37 | 29,902.82 |
| 05/20/16 | 102 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $3,750.00, Trustee Compensation;  Reference: | 2100-000 | | 3,750.00 | 26,152.82 |
| 05/20/16 | 103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $8,354.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,354.00 | 17,798.82 |
| 05/20/16 | 104 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $146.88, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 146.88 | 17,651.94 |
| 05/20/16 | 105 | Quantum3 Group LLC as agent for | Dividend paid 88.95% on $3,285.08; Claim# 1; Filed: $3,285.08; Reference: | 7100-000 | | 2,922.17 | 14,729.77 |
| 05/20/16 | 106 | First National Bank of Omaha | Dividend paid 88.95% on $16,072.11; Claim# 2; Filed: $16,072.11; Reference: | 7100-000 | | 14,296.57 | 433.20 |
| 05/20/16 | 107 | Capital Recovery V, LLC | Dividend paid 88.95% on $487.00; Claim# 3; Filed: $487.00; Reference: | 7100-000 | | 433.20 | 0.00 |
| | | | ACCOUNT TOTALS | | 30,000.00 | 30,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 30,000.00 | 30,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $30,000.00 | $30,000.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****986666** | 30,000.00 | 30,000.00 | 0.00 |
| | $30,000.00 | $30,000.00 | $0.00 |

{} Asset reference(s)

Printed: 06/17/2016 11:48 AM    V.13.25